**The Pride Law Firm**
Dante T. Pride, Esq. (SBN: 262362)
dpride@pridelawfirm.com
2831 Camino Del Rio S., Ste. 104
San Diego, CA 92108
Telephone: 619-516-8166
Fax: 619-785-3414

Attorney for KYLE MIHOLICH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MIHOLICH, Individually and on Behalf Of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>iConcept MD Contact Solutions, Inc., DOES 1-10, ABC CORPORATIONS 1-10<br><br>Defendants. | Civil No.: 3:17cv02240 WQH JMA<br><br>**NOTICE OF SETTLEMENT**<br><br>**Ctrm:** 2B<br>**Judge:** Hon. Linda Lopez<br>**Action Filed:** November 2, 2017 |

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties be given 30 days to file the said Agreement.

1  Plaintiff is filing this Notice with Defendant's approval and permission.

2

3  Dated: January 9, 2020              **THE PRIDE LAW FIRM**

4

5                                       By: _____
6                                       DANTE T. PRIDE
                                        Attorneys for Plaintiff
7                                       KYLE MIHOLICH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28