1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MIHOLICH, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>iCONCEPT MD CONTACT SOLUTIONS, INC., *et al.*,<br><br>            Defendants. | Case No.:  3:17-cv-2240-WQH-AHG<br><br>**ORDER SETTING SECOND SETTLEMENT DISPOSITION CONFERENCE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court held a telephonic Settlement Disposition Conference ("SDC") in this matter on February 11, 2020. ECF No. 44. The parties represented that they will be able to file a joint motion to dismiss within three weeks. Accordingly, the Court sets a second Telephonic SDC for **March 5, 2020** at **3:00 PM** before the Honorable Allison H. Goddard.

Counsel shall call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to join the conference. If the parties timely file a joint motion to dismiss, the SDC will be vacated without further court order.

**IT IS SO ORDERED**.

Dated:  February 11, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge