DANTE T. PRIDE (SBN: 262362)
**The Pride Law Firm**
dpride@pridelawfirm.com
2831 Camino Del Rio S., Ste. 104
San Diego, CA 92108
Telephone: 619-516-8166
Fax: 619-785-3414

Attorney for KYLE MIHOLICH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MIHOLICH, Individually and on Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>iConcept MD Contact Solutions, Inc., DOES 1-10, ABC CORPORATIONS 1-10<br><br>    Defendants. | Civil Case No. 3:17cv02240 WQH JMA<br><br>**REQUEST FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

1

**PLEASE TAKE NOTICE THAT** Plaintiff, KYLE MICHOLICH ("Plaintiff"), by and through his undersigned counsel, hereby requests that the entire action be dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Dated: March 4, 2020    **THE PRIDE LAW FIRM**

By: /s/ Dante T. Pride
DANTE T. PRIDE (SBN: 262362)
Attorney for Plaintiff
KYLE MIHOLICH

2